In the Matter of the Appraisal under the Transfer Tax Acts of the Property of LUTHER G. CORWITH, Deceased. LIZZIE W. CORWITH, Executrix, etc., Appellant; STATE TAX COMMISSION, Respondent.— Order of the Surrogate's Court of Nassau county, affirming a *pro forma* order fixing transfer tax, affirmed, with ten dollars

costs and disbursements. No opinion. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.